# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROY DAVID KING**                                                              **PLAINTIFF**

**V.**                          **NO. 5:16-CV-00079 SWW/JTR**

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

Judgment is entered in favor of the Commissioner.

DATED this 22nd day of March, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE